IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Civil DIVISION

Civil

Johnnie M. Holley Name
Prison Id. No. 135561

Name
Prison Id. No.

Plaintiff(s)

v.

CCA Metro Davidson County Name

Name

Defendant(s)

**(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.**

Civil Action No. ____________
(To be assigned by the Clerk's office. Do not write in this space.)

**Jury Trial** ☐ **Yes** ☒ **No**

**(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS **(The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes ☒ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs ____________

Defendants N/A

2. In what court did you file the previous lawsuit? N/A

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? N/A

4. What was the Judge's name to whom the case was assigned? N/A

5. When did you file the previous lawsuit? N/A (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? N/A

7. When was the previous lawsuit decided by the court? N/A (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

☐ Yes ☐ No

**(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information must be provided by each plaintiff.)**

A. What is the name and address of the prison or jail in which you are currently incarcerated? CCA/Metro-Davidson County Detention Facility 5115 Harding PL. Nashville, TN 37211

B. Are the facts of your lawsuit related to your present confinement?

☑ Yes ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

N/A

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

☑ Yes ☐ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☑ Yes ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? Informal Resolution Unit Manager, Counselor, Grievace

2. What was the response of prison authorities? No help, the run around

G. If you checked the box marked "No" in question II.E above, explain why not. N/A

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? Informal Resolution Unit Manager, Counselor, Grievace

2. What was the response of the authorities who run the detention facility? No help, the run around for days

L. If you checked the box marked "No" in question II.I above, explain why not. N/A

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Johnnie Holley

Prison Id. No. of the first plaintiff: 135561

Address of the first plaintiff: CCA 5115 Harding PL. Nashville, TN. 37211

**(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)**

2. Name of second the plaintiff: N/A

Prison Id. No. of the second plaintiff: N/A

Address of the second plaintiff: N/A

**(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)**

**If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.**

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: CCA

Place of employment of the first defendant: 5115 Harding PL. Nashville, TN. 37211

The first defendant's address: 5115 Harding PL. Nashville, TN 37211

Named in official capacity? ☑ Yes ☐ No
Named in individual capacity" ☑ Yes ☐ No

2. Name of the second defendant: N/A

Place of employment of the second defendant: N/A

The second defendant's address: N/A

Named in official capacity? ☐ Yes ☑ No
Named in individual capacity" ☐ Yes ☑ No

**If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.**

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

I've been locked up since Sept. 23, 2011 and I am indigent and I been filing indigent every time I'm suppose to. I came here from CDC on the 17th of May 2012 and I been filing indigent got, see here you file on a weekly basic and you get two envelopes up untill the main indigent with the soap, toothpaste, etc, etc they didn't give me the main indigent I don't have anything to take care of my personal hygiene, the one bar of soap they gave me over a month ago been gone and every time I bring my problem to the facility authorities there's nothing they can do. I can't keep myself clean and I have come down with a real nasty fungus rash on my left foot wish puse coming out of it. when they moved me from CDC I was a few days from my monthy indigent, I haven't had a main indigent since April 24 and there's nothing I can do about it but file informal resolution and keep filing them. The system they have when it comes to indigent is badly flawed, all I can do is what I am suppose to do and that is fill out a indigent form and put it in the commissary box and hope and pray that it make it threw, because they deal with so many that they make alot of mistakes

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. A better system

B.

C.

D.

E.

F. I request a jury trial. ☒ Yes ☒ No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Johnnie M. Holley Date: 8-6-2012

Prison Id. No. 135561

Address: CCA-Metro-Davidson County Detention Facility 5115 Harding PL. Nashville, TN. 37211
(Include the city, state and zip code.)

Signature: ______________________ Date: __________

Prison Id. No. ______________________

Address: ______________________________________
______________________________________
(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.**

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, if not paying the civil filing fee.**

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.**

# INFORMAL RESOLUTION

REC'D JUL 17 2012

**To be completed by inmate/resident**

Date: 7/17/12

Name (Print): Holley (Last Name) Johnnie (First Name) M (Middle Initial)

Number: 135561 HOUSING ASSIGNMENT: CCA - J unit 07

Description of issue, problem, and solution you suggest:

Ive been at CCA since May the 17th and by me moving from CDC I missed my indigent for that month and I was at the end of my indigent supplys and they told me I would have to wait a month and I brought this to CCA attention and they gave me one bar of soap and that was it and I been ran out of that. Ive been filing indigent since I been here and the week I suppose to get the big one indigent they dont give it to me and I file every week but there setup has alot of flaws and all we can do is do what we are suppose to do. Ive been writing Informals but I haven't gotten a reply and this is my third one on this matter.

Attach additional pages, if necessary.

**FOR STAFF USE ONLY**

Date received from inmate/resident: 7-17-12

Name of staff member completing informal resolution process: [signature]

Date response due to inmate/resident: 7-27-12

Date and time initial meeting held with the inmate/resident: 7/20/12 @ 1317

**Additional information received from initial meeting:**

**Names of staff members involved with the inmate/resident's issue:**

Distribution:
Original: Facility
Copy: Inmate/Resident

03/07

**Dates and times of contact with staff members concerning the inmate/resident's issue:**

**Additional information received from meetings with staff members:**

**STAFF RESPONSE:**

Case manager William have issued indigent to you. You have to be presently in the building for more than (30 days) to get Indigent from Commissary

**Tentative completion date if remedy suggested:** 7/20/12  I got here 5/17

**Completion of Informal Resolution Process:**

**By signing below, the inmate/resident verifies agreement with the remedy suggested above. If the inmate/resident is not satisfied with the remedy suggested above, the inmate/resident is not required to sign below and may choose to file a formal grievance with the Facility Grievance Officer. In either case, the inmate/resident will receive a copy of this form on the day the final resolution process is completed.**

Inmate Signature: [signature] Date: 7/20/12

Designated Staff Signature: [signature] Date: 7/20/12

*Witness Signature: ______ Date: ______

***In the event the inmate/resident refuses to sign this form, a witness signature must be obtained to verify that the inmate/resident was offered the opportunity for informal resolution.**

**Informal Resolution Outcome:** ☐ **RESOLVED** ☒ **UNRESOLVED**

Distribution:
Original: Facility
Copy: Inmate/Resident

RECD JUL 09 2012

# INFORMAL RESOLUTION

**To be completed by inmate/resident**

Date: 7/6/12

Name (Print): Holley (Last Name) Johnnie (First Name) M (Middle Initial)

Number: 135561 HOUSING ASSIGNMENT: CCA - J-unit 02

Description of issue, problem, and solution you suggest:

I've been locked up sicne Sept 23 2011 and I've been filing indigent I come here from CDC the 17th of May 2012 and I been filing indigent and the week of Soap, toothpaste, razor, etc etc they didn't give me nothing and I don't have anything to take care of my body all I can do is file this informal resolution and keep filing them thats all I can do untill someone help me when I ask the Counselor all I get is the run around

Attach additional pages, if necessary.

**FOR STAFF USE ONLY**

Date received from inmate/resident: 7-9-12

Name of staff member completing informal resolution process: V. M Bermudez

Date response due to inmate/resident: 7-19-12

Date and time initial meeting held with the inmate/resident: 7.16.12

**Additional information received from initial meeting:**

**Names of staff members involved with the inmate/resident's issue:**

Distribution:
Original: Facility
Copy: Inmate/Resident

03/07

**Dates and times of contact with staff members concerning the inmate/resident's issue:**

**Additional information received from meetings with staff members:**

**STAFF RESPONSE:**

I will contact Shaw Vending concerning this matter.

**Tentative completion date if remedy suggested:** 7.16.12

**Completion of Informal Resolution Process**

**By signing below, the inmate/resident verifies agreement with the remedy suggested above. If the inmate/resident is not satisfied with the remedy suggested above, the inmate/resident is not required to sign below and may choose to file a formal grievance with the Facility Grievance Officer. In either case, the inmate/resident will receive a copy of this form on the day the final resolution process is completed.**

Inmate Signature: [signature] Date: 7/16/12

Designated Staff Signature: [signature] Date: 7.16.12

*Witness Signature: ____________ Date: ________

***In the event the inmate/resident refuses to sign this form, a witness signature must be obtained to verify that the inmate/resident was offered the opportunity for informal resolution.**

**Informal Resolution Outcome:** ☐ RESOLVED ☒ UNRESOLVED

Distribution:
Original: Facility
Copy: Inmate/Resident



03/07

Please Give Copy to Resident

# INFORMAL RESOLUTION

RECEIVED JUL 06 2012

**To be completed by inmate/resident**

**Date:** 7/5/12

**Name (Print):** Johnnie (Last Name) Holley (First Name) M (Middle Initial)

**Number:** 135561 **HOUSING ASSIGNMENT:** J-unit 02

**Description of issue, problem, and solution you suggest:**

I'm Indigent and I file for indigent every week and I'd filed and this week they didn't get me and they Said they cant help me, I don't have nothing, Soap, toothpaste, deodorant shampoo nothing and I did what I suppose. There system is messed up because if they lose are misplace your form its on you. I don't Know what to do its wrong the way the system is set up.

Attach additional pages, if necessary.

**FOR STAFF USE ONLY**

**Date received from inmate/resident:** 7-9-12

**Name of staff member completing informal resolution process:** [signature]

**Date response due to inmate/resident:** 7-16-12

**Date and time initial meeting held with the inmate/resident:**

**Additional information received from initial meeting:**

**Names of staff members involved with the inmate/resident's issue:**

J1

002

Distribution:
Original: Facility
Copy: Inmate/Resident

03/07

**Dates and times of contact with staff members concerning the inmate/resident's issue:**

**Additional information received from meetings with staff members:**

**STAFF RESPONSE**

Mr. Holley was not on our indigent list on the week in question (7/3/2012). We cannot provide indigents to inmates who are not eligible the week of delivery. We apologize for any inconvenience. Thank you.

Spoke w/ inmate refused to sign

**Tentative completion date if remedy suggested:** 7/18/12

inmate needs copy of [illegible]

**Completion of Informal Resolution Process**

**By signing below, the inmate/resident verifies agreement with the remedy suggested above. If the inmate/resident is not satisfied with the remedy suggested above, the inmate/resident is not required to sign below and may choose to file a formal grievance with the Facility Grievance Officer. In either case, the inmate/resident will receive a copy of this form on the day the final resolution process is completed.**

Inmate Signature: Inmate refused to sign Date: ______

Designated Staff Signature: ______ Date: ______

*Witness Signature: [signature] Date: 7/18/12

***In the event the inmate/resident refuses to sign this form, a witness signature must be obtained to verify that the inmate/resident was offered the opportunity for informal resolution.**

**Informal Resolution Outcome:** ☐ **RESOLVED** ☑ **UNRESOLVED**

Distribution:
Original: Facility
Copy: Inmate/Resident

Grievance No.: 91307

RECEIVED JUL 23 2012 14-5B

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Johnnie Holley | | |
|---|---|---|---|
| NUMBER: | 135561 | HOUSING ASSIGNMENT: | CCA - J-unit 02 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)? ☑ YES ☐ NO

GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | (21. Other) |

STATE GRIEVANCE: (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Ive been locked up since Sept. 23 2011 and Ive been filing indigent every time I suppose to, I came here from CDC the 17th of MAY 2012 and I been filing indigent and the last two before the main indigent I got, and that was two envelopes each of those weeks but the main indigent with the soap, toothpaste, etc, etc, they didn't give me and I don't have anything to take care of myself, the one bar they gave me over a month ago been gone and every one I bring my problem to tells me there is nothing they can do and right now I can't keep myself clean and I have come down with a nasty fungus rash on my left foot with puse comeing out of it. When they moved me from CDC I was a few days from getting my monthly indigent, I haven't had a main indigent since April 29 and theres nothing I can do about it but file informal resolution and keep filing them. The system they have when it comes to indigent is flawed all I can do is what Im suppose to do and thats is fill out my indigent paper and put it in the commissary box and hope and pray that it go threw because they deal with so many that they makes mistakes

Requested Action: (Attach additional pages if necessary)

The system they have when it comes to indigent is flawed and it seems they don't care if you get it are not and they know whos indigent, all they have to do is look on the computer but its just that they don't care one way are the other. Personal hygiene is subject to institutional requirements, personal hygiene items suppose to be available and issued at regular intervals to indigent inmates and thats in the inmate handbook but thats a lie and Im proof of that and this isn't the first time this has happen to me but its the longest I have went without being clean and I got a fungus rash from it

Inmate/Resident's Signature: Johnnie M. Holley Date Submitted: 7/20/12

 copy 03/07

Grievance No.:____________ 14-5B

**RESPONDING STAFF MEMBER'S REPORT: (Attach additional pages if necessary. All pages must include the grievance number.)**

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Inmate do not want to wear anything the unit manager have to said. He stated the he is going thru the motion to [illegible] so he can file a law suite. Inmate have been given soap on 3 occasion by unit manager.

Responding Staff Member's Printed Name: Bermudez Title: U/M

Responding Staff Member's Signature: [signature] Date: 7/30/12

Inmate/Resident's Signature (upon receipt): ____________ Date: ________

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: [signature] Date: 7-30-12

Inmate/Resident's Signature (upon receipt) ____________ Date: ________

13-80A2

# Sick Call Request (Co-Pay)



## Part A: (To be completed by patient inmate/resident)

Date: Work Assignment: None

Work Hours: None Housing Assignment: J-unit 02

Reason for requesting Health Services Appointment (BE SPECIFIC): I have a fungal rash on my left foot

How long have you had this problem? For a while

Inmate (Print Name): Johnnie Holley Inmate Number: 135561

Inmate/Resident Signature: Johnnie Holley Date of Birth: 12-23-60

## Part B: (Medical Staff Only)

Services and Meds Provided:

Health Services Signature: Date: 7/19/12

## Charge Receipt

## Part C: (To be completed by patient inmate/resident)

Inmate Name (Print): Johnnie Holley

Inmate Number: 135561 Date: 7/18/12

Work Assignment: None

Work Hours: None Housing Assignment: J-unit 02

I understand that I will be charged for each chargeable medical/psychiatric/dental service I receive and for each chargeable medication ordered. I also understand that if the Facility determines I am indigent or funds are unavailable at the time of service, a hold will be placed on my trust fund account and I will be charged when funds become available.

This request authorizes disbursement from my trust fund account.

Inmate/Resident Signature: Johnnie Holley Date: 7/18/12

## Part D: (To be completed by Medical Staff)

**Charges:**

_____ The inmate/resident received chargeable medical services @$ 3.00 $ _____

_____ The inmate/resident received chargeable psychiatric services @ $_____ $ _____

_____ The inmate/resident received chargeable dental services @$_____ $ _____

_____ The inmate/resident received _____ medications @$_____ each $ _____

Health Services Initials: _____

**White**: Medical Records **Yellow**: Parts C & D – Business Office ~~**Pink: Inmate/Resident**~~

8/23/0

Proprietary Information – Not For Distribution – Copyrighted Property of Corrections Corporation of Americ

5115 Harding Place
Nashville, TN 37211



United States District Court
-Middle District of TN
801 Broadway
Nashville, TN 37203

02 Holley
Juliet