UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


JOHNNIE M. HOLLEY                    )
                                     )
        Plaintiff,                   )        Case No. 3:12-cv-1078
                                     )        Judge Trauger
v.                                   )
                                     )
                                     )
CCA METRO DAVIDSON COUNTY            )
                                     )
        Defendant.                   )

ENTRY OF JUDGMENT


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on June 19, 2013.




                                KEITH THROCKMORTON, CLERK

                                s/ Leathelia Fernandez Allen